UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIM. NO. 04-20079-01 |
|---|---|---|
| VERSUS | * | JUDGE DOHERTY |
| ARNOLD R. WILLIAMS | * | MAGISTRATE JUDGE HILL |

REPORT AND RECOMMENDATION

The motion of the defendant, Arnold R. Williams, to dismiss Count 17 of the Indictment [rec. doc. 88] has been referred to the undersigned for Report and Recommendation. The government has notified the court that it intends to move to dismiss count 17. Accordingly, the undersigned recommends that the defendant's Motion to Dismiss Count 17 of the Indictment be dismissed as MOOT.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within ten (10) days after being served with a copy of any objections or response to the District Judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See*

*Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Lafayette, Louisiana, June 8, 2006.

C. Michael Hill
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE