RECEIVED
JUN - 8 2006

RECEIVED
JUN 29 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 04-20079-01 |
| VERSUS | * | JUDGE DOHERTY |
| ARNOLD R. WILLIAMS | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the motion to dismiss Count 17 of the indictment is DISMISSED AS MOOT.

Lafayette, Louisiana, this 24 day of June, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE